■ JOSEPH SMALL, Respondent, v PATHMARK OF ALBANY, INC., Appellant.—In a negligence action to recover damages for personal injuries, defendant appeals from an interlocutory judgment of the Supreme Court, Queens County, entered April 21, 1976, which, after a jury trial limited to the issue of liability only, is in favor of plaintiff and against it. Interlocutory judgment affirmed, with costs. The record on this appeal amply supports the verdict. Martuscello, Acting P. J., Latham, Cohalan and Margett, JJ., concur.